CLOSED

***UNITED STATES DISTRICT COURT***
**SOUTHERN DISTRICT OF CALIFORNIA**

**United States of America**

**v.**

**Alfred Ceja Martinez-Vasquez**

Citizen of Mexico

USM#: 75950-208 DOB: 1965

# JUDGMENT IN A CRIMINAL CASE

(For Offenses Committed on or After November 1, 1987)

**No. 08-15774-001M-SD**

Brenda Sandoval (AFPD)
Attorney for Defendant

ICE#: A92 934 234

**THE DEFENDANT ENTERED A PLEA OF** guilty on 5/19/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIX (6) MONTHS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted **FINE:** $ **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Monday, May 19, 2008**

________________________________________ Date 5/19/2008

JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:________________________________________

Defendant delivered on __________ to ______________________ at _________________________, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

________________________________________ By:________________________________________

United States Marshal  Deputy Marshal

08-15774-001M-SD -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 5/19/2008 CASE NUMBER: 08-15774-001M-SD

**PLEA/SENTENCING MINUTES**

USA vs. Alfred Ceja Martinez-Vasquez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN Judge #: 70BK

U.S. Attorney ______________ INTERPRETER REQ'D Ricardo Gonzalez
LANGUAGE: Spanish

Attorney for Defendant Brenda Sandoval (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☐ RELEASED ☒ CUSTODY

DOA 5/17/08 ☒ Complaint Filed ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken ☒ No Financial Afdvt taken ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:** ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for: before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel) ☐ Bail set at $__________
☐ Defendant continued detained pending trial ☐ Flight Risk ☐ Danger

**PLEA HEARING:** ☒ Held ☐ Cont'd ☐ Reset
Set for: before:

☐ Consent to be tried by a Magistrate Judge signed ☐ Class A Misd ☐ Class B Misd ☐ Class C Misd
☐ Consent of Defendant ☐ Information filed ______________ ☐ Complaint filed ______________
☒ Defendant sworn and examined by the Court ☒ Plea of Guilty ☐ Not Guilty ☒ Entered to Counts TWO
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because ______________
☐ PSI ORDERED ☐ EXPEDITED ☒ PSI waived ☐ Time waived for passage of sentence
☐ Continued for sentence to ___ before ______________
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence ☒ remanded to USM

SENTENCING:

☒ Defendant committed to Bureau of Prisons for a period of 6 months ☐ Probation/Supervised Release for __________
☒ Special Assessment $ REMITTED ☐ Fine $______ ☐ Restitution $______

Other: ______________

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Alfred Ceja Martinez-Vasquez<br>Defendant. | CASE NUMBER 08-15774M-SD<br><br>**WAIVER OF REMOVAL HEARING** |

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this 19 day of May, 2008.

x [signature]
Defendant

[signature] Brenda Sandoval
Attorney for the Defendant

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

5/17

UNITED STATES OF AMERICA
V.
Alfred Ceja MARTINEZ-Vasquez
Citizen of Mexico
YOB: 1965
092934234
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15774M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about March 22, 2005, Defendant Alfred Ceja MARTINEZ-Vasquez was arrested and removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about May 17, 2008, Defendant was found in the United States near Blythe, California within the Central District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

COUNT II

That on or about May 13, 2005, within the Southern District of California, Defendant Alfred Ceja MARTINEZ-Vasquez, an alien, did knowingly and willfully enter the United States at a time or place ~~other than~~ as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor). by willfully withholding information

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

For: Cesar Duarte
Signature of Complainant
Cesar Duarte
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 19, 2008 at Yuma, Arizona
Date City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Alfred Ceja MARTINEZ-Vasquez

Dependents: 3 USC

**IMMIGRATION HISTORY:** The Defendant was last removed through San Ysidro, California on March 22, 2005. The Defendant has been arrested by the U.S. Border Patrol **two (2) times.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| **05/02/85** | **San Bernardino, Ca** | **Petty Theft** | **Fine (Not Listed)** |
| **08/16/87** | **Rancho Cucamonga, Ca** | **Poss MFG Dangerous Weapon Etc** | **Two (2) Days Jail, Twenty Four (24) Months Probation** |
| **08/12/88** | **San Bernardino, Ca** | **Petty Theft** | **None Listed** |
| **09/19/88** | **San Bernardino, Ca** | **Battery Defined** | **Det Only/Reason Unknown** |
| **05/01/89** | **San Bernardino, Ca** | **Battery** | **Probation Modified** |
| **10/28/95** | **Los Angeles, Ca** | **Poss Controlled Substance** | **Ninety (90) Days Jail, Forty Eight (48) Months Probation** |
| **12/23/95** | **San Bernardino, Ca** | **Under Influence Controlled Substance** | **Ninety (90) Days Jail** |
| **08/14/96** | **San Bernardino, Ca** | **Poss Controlled Substance Paraphernalia, Under Influence Controlled Substance** | **One Hundred (100) Days Jail, Twelve (12) Months Probation** |
| **05/04/97** | **San Bernardino, Ca** | **Poss Controlled Substance** | **Sixteen (16) Months Prison** |
| **08/06/03** | **San Bernardino, Ca** | **Poss Stolen Vehicle, Own Chop Shop, Vehicle Theft** | **Twenty Four (24) Months Prison** |
| **08/06/03** | **San Bernardino, Ca** | **Attempted Murder** | **Sixteen (16) Months Prison** |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on May 13, 2005.

| | | |
|---|---|---|
| Charges: | 8 USC§1326 | (Felony) |
| | 8 USC§1325 | (Misdemeanor) |

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 19, 2008

Date

Signature of Judicial Officer

# *Probable Cause Statement*

*I, Senior Patrol Agent Cesar Duarte, declare under penalty of perjury, the following is true and correct:*

STATEMENT OF FACTUAL BASIS

Defendant: Alfred Ceja MARTINEZ-Vasquez

Dependents: 3 USC

**IMMIGRATION HISTORY:** The Defendant was last removed through San Ysidro, California on March 22, 2005. The Defendant has been arrested by the U.S. Border Patrol **two (2) times.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| **05/02/85** | **San Bernardino, Ca** | **Petty Theft** | **Fine (Not Listed)** |
| **08/16/87** | **Rancho Cucamonga, Ca** | **Poss MFG Dangerous Weapon Etc** | **Two (2) Days Jail, Twenty Four (24) Months Probation** |
| **08/12/88** | **San Bernardino, Ca** | **Petty Theft** | **None Listed** |
| **09/19/88** | **San Bernardino, Ca** | **Battery Defined** | **Det Only/Reason Unknown** |
| **05/01/89** | **San Bernardino, Ca** | **Battery** | **Probation Modified** |
| **10/28/95** | **Los Angeles, Ca** | **Poss Controlled Substance** | **Ninety (90) Days Jail, Forty Eight (48) Months Probation** |
| **12/23/95** | **San Bernardino, Ca** | **Under Influence Controlled Substance** | **Ninety (90) Days Jail** |
| **08/14/96** | **San Bernardino, Ca** | **Poss Controlled Substance Paraphernalia, Under Influence Controlled Substance** | **One Hundred (100) Days Jail, Twelve (12) Months Probation** |
| **05/04/97** | **San Bernardino, Ca** | **Poss Controlled Substance** | **Sixteen (16) Months Prison** |
| **08/06/03** | **San Bernardino, Ca** | **Poss Stolen Vehicle, Own Chop Shop, Vehicle Theft** | **Twenty Four (24) Months Prison** |
| **08/06/03** | **San Bernardino, Ca** | **Attempted Murder** | **Sixteen (16) Months Prison** |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on May 13, 2005.

*Executed on: Date* *May 18, 2008* *Time:* *10:36 a.m.*

*Signed:* [signature] *Senior Patrol Agent*

***Finding of Probable Cause***

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of two pages, I find probable cause to believe that the defendant(s) named therein committed the offense on May 13, 2008 in violation of Title 8, United States Code, Section(s) 1326 and 1325.*

*Finding made on: Date* May 18, 2008 *Time* 11:03 AM

*Signed:* [signature] *United States Magistrate Judge*